Marvin WASHINGTON, Appellant,

v.

STATE of Missouri, Respondent.

No. 51060.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 23, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 29, 1986.

Application to Transfer Denied
Dec. 16, 1986.

James S. McKay, St. Louis, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals from a judgment denying his Rule 27.26 motion in which he sought to have set aside his conviction of second degree robbery in violation of § 569.030 RSMo.1978.

After an evidentiary hearing, the trial court issued findings of fact and conclusions of law in which it denied the motion. The judgment was not clearly erroneous. Rule 27.26(j).

The judgment is affirmed in compliance with Rule 84.16(b).